UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CAFÉ MEREB, et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 11-00049 LB<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

On September 12, 2011, defense counsel advised the mediator appointed to this action that the action had settled. On September 10, 2012, a clerk's notice was issued (as an ECF docket entry only) that required counsel to submit no later than September 28, 2012 a status update for this action. No status update has been filed. Accordingly, the court **ORDERS** Plaintiff to show cause why this action should be dismissed for failure to prosecute. Plaintiff **SHALL** do so by filing a written response no later than Thursday, January 17, 2013. The court **SETS** a show cause hearing for Thursday, February 7, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: January 7, 2013

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 11-00049 LB
ORDER